**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ROBERT M.,

Plaintiff, 5:25-cv-00517 (BKS/ML)

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**Appearances:**

*For Plaintiff:*
Howard D. Olinsky
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, NY 13201

*For Defendant:*
United States Attorney
Kristina D. Cohn
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff filed this action under 42 U.S.C. § 405(g) seeking review of the Defendant Commissioner of Social Security's denial of his application for Supplemental Security Income ("SSI"). (Dkt. No. 1). This matter was referred to United States Magistrate Judge Miroslav Lovric for a Report-Recommendation. (Dkt. Nos. 4, 5); Local Rule 72.3(e). On July 20, 2026, after reviewing the parties' briefs, (Dkt. Nos. 11, 13, 14), and the Administrative Transcript, (Dkt. No. 8), Magistrate Judge Lovric issued a Report-Recommendation recommending that

Plaintiff's motion for judgment on the pleadings be granted, that the Defendant's motion for judgment on the pleadings be denied, and that the Defendant's decision denying Plaintiff's application for SSI benefits be reversed and remanded pursuant to section four of 42 U.S.C. § 405(g) for further administrative proceedings. (Dkt. No. 15). Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had "14 days within which to file written objections" to the Report-Recommendation and that "failure to object to th[e] report within 14 days will preclude appellate review." (Dkt. No. 15, at 25–26 (citing *Roldan v. Racette*, 984 F.2d 85 (2d Cir. 1993); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72). No objections were filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, it is hereby

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 15) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 13) is **DENIED**; and it is further

**ORDERED** that Defendant's decision denying Plaintiff disability benefits is

**REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED.**

Dated: September 15, 2026
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge